RECEIVED
JUN 21 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
JUN 22 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | NO. EP-18-MJ-04374-LS |
| JORGE ALEJANDRO QUIROZ-VALLECILLO, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Complaint against Defendant, **JORGE ALEJANDRO QUIROZ-VALLECILLO**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
NATHAN BROWN
Assistant U.S. Attorney
Texas Bar #24044239
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 6/22/18